UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOES #1-7, *individually and on behalf of all others similarly situated*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-0629-B |
| GREG ABBOTT, Governor of the State of Texas, and COLONEL STEVEN MCGRAW, Director of the Texas Department of Public Safety, | § § § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In its Memorandum Opinion and Order, Doc. 41, the Court granted Defendants' Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and dismissed all of Plaintiffs' claims with prejudice, Doc. 41. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs take nothing from their claims.

SO ORDERED.

SIGNED: November 19, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE