IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-11620

D.C. Docket No. 3:18-CV-629

United States Court of Appeals
Fifth Circuit

**FILED**
December 16, 2019

Lyle W. Cayce
Clerk

JOHN DOES 1-7, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant

v.

GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS; STEVEN MCCRAW, Colonel, Director of the Texas Department of Public Safety,

    Defendants - Appellees

Appeals from the United States District Court for the
Northern District of Texas

Before OWEN, Chief Judge, and HAYNES and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued
as the mandate on Jan 07, 2020**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**